## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

Keith McCaa,

                    Plaintiff,          Case No. 25-cv-10533

v.                                      Judith E. Levy
                                        United States District Judge
Martin, *et al.*,
                                        Mag. Judge Elizabeth A.
                    Defendants.         Stafford

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [23]

Before the Court is Magistrate Judge Elizabeth A. Stafford's Report and Recommendation (ECF No. 23) recommending the Court deny the motion for summary judgment filed by Defendants Devon Martin and Terry Randolph. (ECF No. 17.) The parties were required to file specific written objections, if any, within fourteen days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. LR 72.1(d). No objections were filed. The Court has nevertheless carefully reviewed the Report and Recommendation and concurs in the reasoning and result. Accordingly,

The Report and Recommendation (ECF No. 23) is ADOPTED; and

Defendants' motion for summary judgment (ECF No. 17) is DENIED.[1]

IT IS SO ORDERED.

Dated: June 1, 2026          s/Judith E. Levy
    Ann Arbor, Michigan     JUDITH E. LEVY
                      United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 1, 2026.

                s/William Barkholz
                WILLIAM BARKHOLZ
                Case Manager

---

[1] By failing to object to the Report and Recommendation, the parties have forfeited any further right of appeal. *United States v. Wandahsega*, 924 F.3d 868, 878 (6th Cir. 2019); *see also Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019).