UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KEITH MCCAA,<br><br>Plaintiff,<br><br>v.<br><br>DEVON MARTIN, *et al.*,<br><br>Defendants. | Case No. 25-cv-10533<br>Honorable Judith E. Levy<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL (ECF NO. 35)**

Plaintiff Keith McCaa, a pro se prisoner in the custody of the Michigan Department of Corrections, brings this action under 42 U.S.C. § 1983 against Defendants Devon Martin, Terry Randolph, and two John Doe corrections officers. ECF No. 1. The Honorable Judith E. Levy referred the case to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1). ECF No. 11.

McCaa moves to compel discovery. ECF No. 35. Defendants respond that McCaa is simply seeking discovery of the documents listed in the motion as it was the first time counsel had seen the requests. ECF No. 37. Defendants state that they will work on timely responding or properly objecting to the requests per the court rules. *Id.*

McCaa makes his motion under Federal Rule of Civil Procedure 26, but motions to compel are not made under that rule. Rather, motions to compel are permitted under Federal Rule of Civil Procedure 37. Before moving to compel documents under Rule 37, McCaa must first serve defendants with requests for production of documents under Federal Rule of Civil Procedure 34. *See Ward v. Am. Pizza Co.*, 279 F.R.D. 451, 454 (S.D. Ohio 2012) ("Before moving the Court for an order directing American Pizza to produce any discovery, Ms. Ward must first serve American Pizza with a request for discovery."). McCaa may move to compel only if defendants fail to timely produce the requested documents or if their responses to the requests are evasive or incomplete. Rule 37(a)(3).

McCaa may not file his discovery requests with the Court "until they are used in the proceeding or the court orders filing." Fed. R. Civ. P. 5(d)(1)(A); *see also* E.D. Mich. Local Rule 26.2. Under Federal Rule of Civil Procedure 7(a), parties may file a complaint; an answer to a complaint; an answer to a counterclaim; an answer to a crossclaim; a third-party complaint; an answer to a third-party complaint; or, if the court orders one, a reply to an answer. Parties may also file motions that "state with particularity the grounds for seeking" a court order. Fed. R. Civ. P. 7(b).

And the Court's local rules permit parties to file responses and replies to motions. E.D. Mich. Local Rule 7.1(d). No other filings are permitted.

Thus, McCaa's motion to compel is **DENIED AS PREMATURE AND IMPROPER**. McCaa must take care to avoid improper filings going forward.

**SO ORDERED.**

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: August 4, 2026

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous or contrary to law. 28 U.S.C. § 636. **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."** E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 4, 2026.

s/Caitlin Shrum
CAITLIN SHRUM
Case Manager